**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Joseph Beatrice,

Plaintiff,

v.

VectraRx Mail Pharmacy Services LLC,

Defendant.

**NO. CV-25-00058-TUC-JAS**

**JUDGMENT OF DISMISSAL IN A CIVIL CASE**

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), and Plaintiffs having filed a Notice of Dismissal, this action is hereby dismissed with prejudice. The cases mentioned in the lead consolidated case are dismissed with prejudice; and files are closed.

Debra D. Lucas
District Court Executive/Clerk of Court

April 28, 2026

By s/ V Santamaria
Deputy Clerk